MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369-6800
Fax:  702.369.6888

Robert F. Shaffer
robert.shaffer@finnegan.com
District of Columbia Bar No. 472423 (*Pro Hac Vice Pending – will comply with LR IA 10-2 within 14 days*)
James R. Barney
james.barney@finnegan.com
District of Columbia Bar No. 473732 (*Pro Hac Vice Pending – will comply with LR IA 10-2 within 14 days*)
Anthony D. Del Monaco
anthony.delmonaco@finnegan.com
District of Columbia Bar No. 978164 (*Pro Hac Vice Pending – will comply with LR IA 10-2 within 14 days*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Fax:  202.408.4400

*Attorneys for Plaintiffs CG Technology Development, LLC,
Interactive Games Limited, and Interactive Games LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DRAFTKINGS, INC.,<br><br>Defendant. | Case No.:  2:16-cv-00781-RFB-CWH<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiffs CG Technology Development, LLC ("CG Tech"), Interactive

Games Limited ("IG Limited"), and Interactive Games LLC ("IG LLC") (collectively "Plaintiffs") certify that the following have interest in the outcome of this case: (1) CG Tech is the wholly owned subsidiary of CG Technology, L.P.; (2) IG Limited is the wholly owned subsidiary of Cantor Index Limited; and (3) IG LLC is the wholly owned subsidiary of CFPH, LLC.

These representations are made to enable judge of the Court to evaluate possible disqualification or recusal.

DATED this 8th day of April, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Erica J. Chee
Molly M. Rezac
Nevada Bar No. 7435
Erica J. Chee
Nevada Bar No. 12238
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Robert F. Shaffer (*Pro Hac Vice Pending – will comply with LR IA 10-2 within 14 days*)
James R. Barney (*Pro Hac Vice Pending – will comply with LR IA 10-2 within 14 days*)
Anthony D. Del Monaco (*Pro Hac Vice Pending – will comply with LR IA 10-2 within 14 days*)
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

24251514.1

2