Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369-6800
Fax:  702.369.6888

Robert F. Shaffer (*pro hac vice*)
robert.shaffer@finnegan.com
District of Columbia Bar No. 472423
James R. Barney (*pro hac vice*)
james.barney@finnegan.com
District of Columbia Bar No. 473732
Anthony D. Del Monaco (*pro hac vice*)
anthony.delmonaco@finnegan.com
District of Columbia Bar No. 978164
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Fax:  202.408.4400

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DRAFTKINGS, INC.,<br><br>Defendant. | Case No.: 2:16-cv-00781-MMD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RULE 26(F) REPORT, TO FILE PROPOSED PROTECTIVE ORDER, AND TO SERVE INITIAL DISCLOSURES AND INFRINGEMENT CONTENTIONS**<br><br>*(First Request)* |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC ("Plaintiffs") and Defendant

1  DraftKings, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and
2  request an extension of time to file the Rule 26(f) Report, file a proposed protective order, and
3  serve initial disclosures and infringement contentions.  The current deadline to conduct these
4  activities is September 12, 2016.  The parties seek a two-week extension up to and including
5  September 26, 2016.  This is the parties' first request for an extension of these deadlines.

6        This extension is requested for good cause and not for any delay.  The parties state as
7  follows:

8        1.  This action was filed on April 7, 2016.  (ECF No. 1.)  The Summons and Complaint
9  were served on April 21, 2016.  (ECF No. 15.)

10        2.  On June 13, 2016, Plaintiffs filed their First Amended Complaint.  (ECF No. 29.)
11  The First Amended Complaint added two additional patents and associated claims for
12  infringement.

13        3.  On July 29, 2016, Defendant filed a Motion to Dismiss the First Amended
14  Complaint pursuant to Fed. R. Civ. P. 12(b)(6).  (ECF No. 37.)

15        4.  On August 29, 2016, this Court issued an Order granting Defendant Big Fish
16  Games, Inc.'s Rule 12(b)(6) Motion to Dismiss in a separate case involving several of the same
17  patents at issue here, *CG Technology Development, LLC et al. v. Big Fish Games, Inc.*, No. 16-cv-
18  00857-RCJ-VCF (D. Nev. Aug. 29, 2016).  ("The *Big Fish* Order," attached as **Exhibit A**.)  In the
19  *Big Fish* Order, the Court held, *inter alia*, that five (5) of the ten (10) patents that are also at issue
20  in the present case are invalid under 35 U.S.C. § 101 for failure to claim patent-eligible subject
21  matter—specifically, U.S. Patent Nos. 6,899,628; 7,029,394; 7,534,169; 8,342,924; and 9,111,417.

22        5.  On August 31, 2016, Defendant contacted Plaintiffs regarding the applicability of
23  the *Big Fish* Order to the present case, as well as possible extensions to certain upcoming case
24  management deadlines.  Plaintiffs agreed that the findings of patent-ineligibility under § 101 in the
25  *Big Fish* Order apply directly to the same five (5) patents at issue in the present case, noted above.
26  Plaintiffs further stated that they are currently determining how to move forward procedurally so as
27  to preserve their appeal rights in this case with respect to those five (5) patents.  Defendant agreed
28  that the case management deadlines should be extended so the parties could determine the most

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

efficient way to handle the implications of the *Big Fish* Order in this case.

6. Therefore, the parties hereby respectfully request a short two-week extension of time to (1) file the Rule 26(f) Report, (2) file a proposed protective order, and (3) serve initial disclosures and infringement contentions.

DATED this 8th day of September, 2016.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C |
| /s/ *Jonathan W. Fountain* <br> Michael J. McCue <br> Nevada Bar No. 6055 <br> Jonathan W. Fountain <br> Nevada Bar No. 10351 <br> 3993 Howard Hughes Pkwy., Ste. 600 <br> Las Vegas, Nevada 89169 | /s/ *Erica J. Chee* <br> Molly M. Rezac <br> Nevada Bar No. 7435 <br> Erica J. Chee <br> Nevada Bar No. 12238 <br> 3800 Howard Hughes Pkwy., Ste 1500 <br> Las Vegas, NV 89169 |
| FITZPATRICK CELLA HARPER & SCINTO <br><br> Robert H. Fischer (*pro hac vice*) <br> Jonathan Berchadsky (*pro hac vice*) <br> 1290 Avenue of the Americas <br> New York, NY 10104-3800 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP <br><br> Robert F. Shaffer (*pro hac vice*) <br> James R. Barney (*pro hac vice*) <br> Anthony D. Del Monaco (*pro hac vice*) <br> 901 New York Avenue, NW <br> Washington, DC 2001-4413 |
| FITZPATRICK CELLA HARPER & SCINTO <br><br> Jason M. Dorsky (*pro hac vice*) <br> Kathryn E. Easterling (*pro hac vice*) <br> 975 F Street, NW <br> Washington, DC 20004 | *Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC* |

*Attorneys for Defendant, DraftKings, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2016

3