IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED AND INTERACTIVE GAMES, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>DRAFTKINGS, INC.,<br><br>     Defendant. | C.A. No. 17-1040 RGA-CJB |

**STIPULATION TO STAY PENDING *INTER PARTES* REVIEW**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that this action is STAYED pending further Order of the Court. The Patent Trials and Appeals Board has instituted *Inter Partes* Review on all patents asserted against DraftKings, including U.S. Patent Nos. RE39,818 (IPR2017-000902, instituted on October 18, 2017); 9,306,952 (IPR2017-01333, instituted on November 13, 2017); and 9,355,518 (IPR2017-01532, instituted on December 13, 2017). The purpose of the stay is to avoid the costs and burdens of litigation while the patents-in-suit undergo *Inter Partes* Review at the United States Patent and Trademark Office. These actions will be stayed until further order of the Court.

Dated: December 20, 2017

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ Kelly E. Farnan* |
| Michael P. Kelly (I.D. #2295) | Kelly E. Farnan (#4395) |
| Daniel M. Silver (#4758) | One Rodney Square |
| Benjamin A. Smyth (#5528) | 920 North King Street |
| McCarter & English, LLP | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 651-7700 |
| Wilmington, DE 19801 | farnan@rlf.com |
| (302) 984-6301 | |
| mkelly@mccarter.com | |
| dsilver@mccarter.com | *Attorney for Defendant DraftKings, Inc.* |
| bsmyth@mccarter.com | |

*Attorneys for Plaintiffs*


**SO ORDERED** this ___, day of December, 2017.

_____
Magistrate Judge

ME1 26321094v.1