IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> DRAFTKINGS, INC., : <br> : <br> Defendant. : | Civil Action No. 17-1040-RGA-CJB |

### **ORDER**

WHEREAS, the above-captioned case was stayed on December 20, 2017, due to *inter partes* review proceedings that are presently pending before the United States Patent and Trademark Office (the "PTO") (D.I. 113);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the proceedings before the "PTO" have been resolved so that this case may be reopened and other appropriate action may be taken.

December 21, 2017
DATE

_____
UNITED STATES DISTRICT JUDGE